USCA1 Opinion

 

 April 5, 1996 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 95-2228 MARIA SOCORRO DE SAN GABRIEL, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, ET AL., Defendants, Appellees. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Cassellas, U.S. District Judge] ___________________ _________________________ Before Selya, Circuit Judge, _____________ Aldrich, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ _________________________ Luis F. Abreu Elias for appellant. ___________________ Guillermo Gil, United States Attorney, and Fidel A. _______________ _________ Sevillano del Rio, Assistant United States Attorney, for ____________________ appellees. _________________________ _________________________ Per Curiam. Upon careful examination of the record and Per Curiam. __________ the briefs in this matter, we conclude that the plaintiff's appeal is meritless, and we therefore summarily affirm the judgment of the district court. See 1st Cir. R. 27.1. ___ Affirmed. Costs to appellees. Affirmed. Costs to appellees. ________ __________________ 2